DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLOY LEWIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1471

[August 23, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. 00-5384CF10A.

Alloy Lewin, Century, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed. See Martinez v. State,* 169 So. 3d 170 (Fla. 4th DCA 2015), *approved,* 211 So. 3d 989 (Fla. 2017).

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***